IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| REGINALD RONALD RAINEY, II | § | |
| VS. | § | CIVIL ACTION NO. 1:22-CV-441 |
| FNU JANUARY, *et al.*, | § | |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Reginald Ronald Rainey, II, an inmate confined at the Mark Stiles Unit with the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Defendants FNU January and John Doe.

The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends dismissing this action without prejudice pursuant to Federal Rule of Civil Procedure 41(b) [Dkt. 5].

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. A copy of the report and recommendation was mailed to plaintiff at the address provided to the Court. Plaintiff acknowledged receipt of the report and recommendation on December 16, 2022 [Dkt. 6]. No objections to the Report and Recommendation of United States Magistrate Judge have been filed.

O R D E R

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report and recommendation of the Magistrate Judge is ADOPTED. A separate final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

**SIGNED this 4th day of April, 2023.**

Michael J. Truncale
United States District Judge